STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. HARRY A. LEHMAN, III, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Kenneth C. Krause* for the petitioner.

*Mr. James A. O'Neill* and *Mr. Henry Gorelick* for the respondent.

December 16, 1969. Denied.

FLAGSTAFF LIQUOR CO., PLAINTIFF-RESPONDENT, v. BROWNE-VINTERS COMPANY, A DIVISION OF THE HOUSE OF SEAGRAM, INC., DEFENDANT-PETITIONER.

*Messrs. Hellring, Lindeman & Landau* and *Mr. Stephen H. Roth* for the petitioner.

*Mr. Sidney Berg, Mr. Arthur J. Sills* and *Mr. Joseph P. Schiappa* for the respondent.

December 16, 1969. Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JOHN SLOBODIAN, DEFENDANT-PETITIONER.

*Messrs. Goodman & Rothenberg* and *Mr. Ronald W. Bronstein* for the petitioner.

*Mr. John G. Thevos* and *Mr. Archibald Kreiger* for the respondent.

December 16, 1969. Granted.